■ THE PEOPLE THE STATE OF NEW YORK, Appellant, v WILLIAM LINEMAN, Respondent.—On the court's own motion, its decision and order, both dated June 14, 1976, are vacated and recalled, and the following substituted decision is rendered: Appeal by the People from an order of the Supreme Court, Kings County, entered April 15, 1975, which granted defendant's motion for a trial order of dismissal. Appeal dismissed (see *People v Brown,*

40 NY2d 381). Latham, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.